UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crystal Damato, et al.<br><br>　　　　　　Plaintiff(s)<br>v.<br>Morphe LLC, et al.<br><br>　　　　　　Defendant(s) | CASE No C 4:22-cv-2110-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

　☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

　☐ **Mediation** (ADR L.R. 6)

　☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

　☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

　☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

　☐ other requested deadline:

Date: June 29, 2022　　　　　　　　　/s/ Alex R. Straus
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: June 29, 2022　　　　　　　　　/s/ Rocky C. Tsai
　　　　　　　　　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:
　　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*