| | |
|---|---|
| ALEX R. STRAUS (SBN # 321366)<br>astraus@milberg.com<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>280 S. Beverly Drive<br>Beverly Hills, CA  90212<br>Telephone:     919-600-5000<br>Facsimile:     917-471-1894 | ROCKY TSAI (SBN # 221452)<br>rocky.tsai@ropesgray.com<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4006<br>Tel:  415-315-6300<br>Fax: 415-315-6350 |
| *Attorney for Plaintiffs Crystal Damato, Amanda Montgomery, and Taylor Maxwell, individually and on behalf of all others similarly situated* | *Attorney for Defendants Morphe LLC, Morphe Management Holdings LLC, Forma Brands LLC, and Forma Beauty Brands LLC* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CRYSTAL DAMATO, AMANDA MONTGOMERY, and TAYLOR MAXWELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MORPHE LLC, MORPHE MANAGEMENT HOLDINGS LLC, FORMA BRANDS LLC, and FORMA BEAUTY BRANDS LLC,<br><br>  Defendants. | Case No. 4:22-cv-2110-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION, CASE MANAGEMENT CONFERENCE, AND CASE DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Crystal Damato, Amanda Montgomery, and Taylor Maxwell, and Defendants Morphe LLC, Morphe Management Holdings LLC, Forma Brands LLC, and Forma Beauty Brands LLC (together, the "Parties"), by and through their respective counsel, hereby stipulate and request that the Court enter an order continuing the Mediation scheduled for October 28, 2022; the Case Management Conference scheduled for November 8, 2022; and related deadlines.

## RECITALS

WHEREAS, Plaintiffs filed their Complaint on April 1, 2022 (Dkt. 1) in this Court. The Complaint is 52 pages long and purports to bring eight claims on behalf of a nationwide class and two state classes;

WHEREAS, the Parties filed on May 26, 2022 a Joint Stipulation Regarding Responsive Pleading Extension of Time (Dkt. 17) that agreed to extend the deadline for answering or otherwise responding to the Complaint to July 2, 2022;

WHEREAS, the Parties then met and conferred regarding early settlement, ADR process selection, and other issues per the Court's Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, the Parties agreed to participate in an Early Settlement Conference with a Magistrate Judge (ADR L.R. 7) and so stipulated on June 29, 2022 pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 (Dkt. 18);

WHEREAS, on July 1, 2022, the Court denied the Parties' stipulated request to participate in an Early Settlement Conference with a Magistrate Judge and directed them to meet and confer regarding the other ADR options (Dkt. 20);

WHEREAS, the Parties met and conferred, agreed to participate in a Mediation (ADR L.R. 6), and so stipulated pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

WHEREAS, the Court granted the Parties' stipulated request to participate in a Mediation, continued the Initial Case Management Conference to November 8, 2022, and continued all pending case deadlines (Dkt. 25);

WHEREAS, the Court appointed Mediator Jonathan Westen (Dkt. 27), and a Mediation was scheduled for October 28, 2022 (Dkt. No. 28);

WHEREAS, the Parties have engaged in extensive pre-Mediation discussions with the Mediator, including four joint telephone calls, and pursuant to those discussions, the Parties and the Mediator have determined that, to help further evaluate the complexities of this litigation and facilitate its resolution, the Mediation, the Initial Case Management Conference, and all pending deadlines in the case should be continued 90 days;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and jointly request that:

1. The Mediation currently scheduled for October 28, 2022 shall be continued 90 days.
2. The Initial Case Management Conference currently scheduled for November 8, 2022 shall be continued 90 days.  In the event the Mediation does not result in a settlement, the Parties will file a joint report to the Court within ten (10) court days of the conclusion of the Mediation with a proposed schedule to reset the Initial Case Management Conference for a time convenient for the Court.
3. All pending case deadlines in this case, including the current deadline for Defendants to answer or otherwise respond to the Complaint, shall be continued.  In the event the Mediation does not result in a settlement, the Parties will file a joint report to the Court within ten (10) court days of the conclusion of the Mediation with a proposed schedule regarding these deadlines.

**IT IS SO STIPULATED AND AGREED.**

Dated: October 27, 2022                MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By:  /s/ Alex Straus
         Alex Straus

*Attorney for Plaintiffs*
*Crystal Damato, Amanda Montgomery, and Taylor Maxwell*

Dated: October 27, 2022                ROPES & GRAY LLP

By:  /s/ Rocky Tsai
         Rocky Tsai

*Attorney for Defendants*
*Morphe LLC, Morphe Management Holdings LLC,*
*Forma Brands LLC, and Forma Beauty Brands LLC*

**[PROPOSED] ORDER**

Having reviewed the Stipulation of the Parties and their attorneys of record, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that, pursuant to the Parties' Stipulation:

1. The Mediation is hereby continued. Mediator Jonathan Westen shall propose a new date for the Mediation that is after January 26, 2023 and before February 28, 2023.

2. The Initial Case Management Conference is hereby continued. The Case Management Conference is continued to  March 7, 2023 .

3. All pending case deadlines in this case, including the current deadline for Defendants to answer or otherwise respond to the Complaint, are hereby continued. In the event the Mediation does not result in a settlement, the Parties will file a joint report to the Court within ten (10) court days of the conclusion of the Mediation with a proposed schedule regarding these deadlines.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 1, 2022

Honorable Jon S. Tigar
U.S. District Court Judge

5

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION, CASE MANAGEMENT CONFERENCE, AND CASE DEADLINES
CASE NO. 4:22-CV-2110-JST